United States District Court
Southern District of Texas
**ENTERED**
February 03, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PHUC H.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-246 |
| | § | |
| KRISTI NOEM, *et al*., | § | |
|     Respondents. | § | |

## ORDER TO SHOW CAUSE FOR LACK OF RESPONSE

On November 19, 2025, the Court ordered Respondents Kristi Noem as Secretary of U.S. Homeland Security, Todd Lyons as Acting Director of U.S. Immigration and Customs Enforcement, Marcos Charles as Acting Executive Associate Director, ICE, and Removal Operations, Pamela Bondi as U.S. Attorney General, and the Warden of the Port Isabel Detention Center to show cause as to why the Writ of Habeas Corpus filed by Petitioner Phuc H. (Dkt. No. 1) should not be granted. Dkt. No. 4. The Court set a response deadline for 20 days after service of the petition upon Respondents. Dkt. No. 4. Petitioner represents that the Federal Respondents were served on January 6, 2026. Dkt. No. 8. To date, the Court has not received a response from Respondents.

To further facilitate the progress of this case, the Court **ORDERS** Respondents to **SHOW CAUSE** as to why they failed to adhere to the response deadline by **no later than February 18, 2026**. Respondents shall also file the response ordered at Docket Entry No. 4 by **no later than February 18, 2026**.

The Clerk of Court is **DIRECTED** to deliver copies of the petition (Docket Entry No. 1) and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei,

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

by electronic mail to USATXS.CivilNotice@usdoj.gov.

Signed on February 3, 2026.

Karen Betancourt
United States Magistrate Judge