United States District Court
Southern District of Texas
**ENTERED**
September 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PHUC NGOC HUYNH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-246 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Petitioner Phuc Ngoc Huynh filed a Petition for Writ of Habeas Corpus (Doc. 1) seeking his release from immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).

In August 2026, based on the record and the applicable law, a United States Magistrate Judge issued a Report and Recommendation (Doc. 18) recommending that the Court grant the Petition for Writ of Habeas Corpus (Doc. 1). No party filed objections to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 18). It is:

**ORDERED** that Petitioner Phuc Ngoc Huynh's's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**;

**ORDERED** that Respondents' Motion to Dismiss (Doc. 13) is **DENIED**;

**ORDERED** that by no later than September 18, 2026, Respondents shall release Petitioner Phuc Ngoc Huynh from custody, subject to appropriate conditions of supervision; and

**ORDERED** that by no later than September 21, 2026, Respondents shall file a statement confirming the release of Petitioner Phuc Ngoc Huynh.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on September 16, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge